# IN THE
# Court of Criminal Appeals
## OF TEXAS

17,446-22

Micheal G. Washington, ✗
              Relator        ✗       Case No.
v.                            ✗       371407-0
Harris County District       ✗
Clerk, Respondent            ✗

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 24 2015
Abel Acosta, Clerk

## Writ of Mandamus

The Relator, Michoul G. Washington, Files this Writ of Mandamus to the Court of Criminal Appeals of Texas in Case No. 371407-0 Filed in the 228th District Court of Harris County Texas.

## I.
## Jurisdiction

This Court of Criminal Appeals of Texas has jurisdiction of Case No. 371407-0 pursuant to VACCP art. 11.07, sec. 3(c).

# II
## STATEMENT OF FACTS, CONCLUSIONS OF LAW, AND Relief Requested

The Relator, Micheal G. Washington, filed a writ of Habeas Corpus in the 228th District Court of Harris County, Tx. on the date 04/06/15.

Relator was assigned Case No. 371407-0 by the Harris County District Clerk, Chris Daniel.

According to V.A.C.C.P. art. 11.07, sec. 3(c) the Trial Court 228th District Court of Harris County, Texas 35 days after the State to Forward writ to the Court of Criminal Appeals of Texas.

In The Interest of Justice, the Relator file This Writ of Mandamus in the Court of Criminal Appeals of Texas.

The Relator ask that Case No. 371407-0 filed in the 228th District Court of Harris County, Texas be Forwarded

to the Court of Criminal Appeals for their consideration pursuant to V. ACCP art. 11.07, sec. 3(c).

This Writ of Mandamus filed as of this date ( 06/22/15 ) by mail Box Rule.

[ NOTE: TDCJ-ID officials, Warden Simpson, Mrs. Mukono, officer Duncan, et.al. confiscated (Denied access to Court) legal storage container because they stated I had no case filed in 228th District Court of Harris County, Tx. on the date 06/07/15. ]

Writ of Mandamus should be Granted pursuant to VACCP art. 11.07, sec. 3(c)

( Civ. Proc & Rem. Code, sec. 132.001)

Respectfully
S/ Micheal G.W
_____
Micheal G. Washington
2 Jester Rd.
Richmond, Tx 77406

# Certificate of Service

I, __Washington, Micheal G__ ,
File this Writ of Mandomus to the
following: __Clerk, Court of Criminal__
__Appeals; P.O. Box 12308, Capitol Station,__
__Austin, Tx. 787.11__

Asking that Case No. 371407-0 writ of
H Abeas Corpus be Forwarded to the
Court of Criminal Appeals of Texas
pursuant to VACCP art. 11.07, sec. 3(c).

The Relator, Micheal G. Washington ask
that Court Service all parties with a
copy of this writ of Mandomus.

(Civ. Proc. + Rem. Code,
sec. 132.001 )

Respectfully,
s/ Micheal G.W.

Micheal G Washington
2 Jester Rd. ; #357533
Richmond, Tx. 77406